# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN CRUMWELL,<br><br>   Petitioner,<br><br>  v.<br><br>ROBERT FOX, Warden,<br><br>   Respondent.<br>_____ | ) Case No. CV 15-2069-BRO (SP)<br>)<br>)<br>) **ORDER ACCEPTING FINDINGS AND**<br>) **RECOMMENDATION OF UNITED**<br>) **STATES MAGISTRATE JUDGE**<br>)<br>)<br>)<br>) |

  Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report to which respondent has objected. The Court accepts the findings and recommendation of the Magistrate Judge.

  IT IS THEREFORE ORDERED that respondent's Motion to Dismiss is denied. Respondent is ordered to answer the Petition within fifteen days of the entry of this Order.

DATED:  June 9, 2016

             _____
             HONORABLE BEVERLY REID O'CONNELL
             UNITED STATES DISTRICT JUDGE