JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOHN CRUMWELL, | ) | Case No. CV 15-2069-BRO (SP) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| ROBERT FOX, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Granting Voluntary Dismissal of Petition,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed without prejudice.

Dated: January 27, 2017

_____
HON. BEVERLY REID O'CONNELL
UNITED STATES DISTRICT JUDGE